UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TOMMY WAYNE WILKERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RN ALLEN JENNINGS, )<br>LPN BRITTANY SMITH-HILL, )<br>LPN CAROLYN DUNN, and )<br>SGT. FOREST BLACKBURN, )<br>)<br>Defendants. ) | No.: 1:20-CV-275-TAV-CHS |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Defendants' motions to dismiss [Docs. 25 and 26] are **GRANTED**, and Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** with prejudice. The remaining motions [Docs. 27 and 29] are **DENIED** as moot.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to **CLOSE** the file.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  LeAnna R. Wilson
    CLERK OF COURT